# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JACK SMITH, SR.,

      Plaintiff,

v.

JANET NAPOLITANO, *et al.*,

      Defendants.

2:09-cv-02286-KJD-LRL

**O R D E R**

Before the court is plaintiff's Motion for Extension of Time (#20), in which he requests "more time to properly serve defendant Janet Napolitano." Pursuant to Rule 4(m), a defendant must be served with a copy of the summons and complaint within 120 days after a complaint is filed, or the complaint may be dismissed without prejudice. Plaintiff's Complaint was filed on April 8, 2010. Hence the cutoff date for service of process is August 6, 2010. Generally, a party requesting an extension of time should tell the court how much additional time it requests and why it requires the additional time. Plaintiff states that he has inaccurate information to serve Janet Napolitano. Although he does not state how much additional time he needs, the court will allow plaintiff an additional thirty (30) days to effect service. Accordingly,

IT IS ORDERED that plaintiff's Motion for Extension of Time (#20) is granted to the following extent: plaintiff shall effect service on Janet Napolitano not later than September 5, 2010, or his case against her will be dismissed.

DATED this 30th day of July, 2010.

*/s/ Lawrence R. Leavitt*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**