1

2

3

4               **UNITED STATES DISTRICT COURT**

5                     **DISTRICT OF NEVADA**

6

7    JACK SMITH, SR.,

8          Plaintiff,                          Case No. 2:09-CV-02286-KJD-LRL

9    v.                                        **ORDER**

10   JANET NAPOLITANO, *et al*.,

11         Defendants.

12

13          On July 30, 2010, Magistrate Judge Lawrence R. Leavitt granted Plaintiff's Motion for

14   Extension of Time (#20) and ordered him to serve Defendant Napolitano no later than September 5

15   2010.  Plaintiff's Complaint was filed on April 8, 2010.  Federal Rule of Civil Procedure 4(m)

16   requires Plaintiff to serve defendants with a copy of the summons and complaint within 120 after the

17   complaint is filed, but allows the Court to extend the time to effect service.  Accordingly, Plaintiff is

18   hereby ordered to file proof of service of the summons and complaint within the time allowed no

19   later than October 21, 2010.  Failure to do so will result in Plaintiff's complaint being dismissed

20   without prejudice in accord with Rule 4(m).

21   **IT IS SO ORDERED.**

22          DATED this 5ᵗʰ day of October 2010.

23

24

25          _____
            Kent J. Dawson
26          United States District Judge